**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**                                                          **Case No.: 6:18-bk-01112-TPG**
                                                                    **Chapter 13**

**EDMOND ILVERT**
**MONICA Z. ILVERT,**
      **Debtors.**
_____/

**RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO**
**DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS**

Debtors, EDMOND ILVERT and MONICA Z. ILVERT, by and through undersigned counsel files this Response to Chapter 13 Trustee's Motion to Dismiss (Doc. No. 109), and would state as follows:

1. The Trustee has a motion to dismiss for failure to maintain timely plan payments pending.

2. The Debtors are making a payment in the amount of $3,220.00 on February 24, 2023 (requested to allow 7 days to post).

3. This brings the Debtors current through February 2023 and completes their Chapter 13 plan.

WHEREFORE, the Debtors request this Court deny the motion to dismiss or set this matter for hearing and grant such other relief that may be just and proper in the circumstances.

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 23rd day of February 2023 to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; and to Debtors: Edmond & Monica Ilvert, 13631 Laranja Street, Clermont, FL 34711.

                                                 /s/ Robert B Branson
                                                 Robert B. Branson
                                                 **BransonLaw, PLLC**

                        1501 East Concord Street
                        Orlando, FL  32803
                        T: (407) 894-6834
                        F: (407) 894-8559
                        Florida Bar Number: 800988
                        Attorney for Debtors